UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2025
```

| | |
|---|---|
| COLE UNGER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>-against-<br><br>THE WALT DISNEY COMPANY, a Delaware corporation,<br><br>*Defendant*. | No. 1:25-cv-00375-VM<br><br>STIPULATION AND [PROPOSED] ORDER FOR TRANSFER PURSUANT TO 28 U.S. § 1404(a) |

Plaintiff Cole Unger ("Plaintiff") and Defendant The Walt Disney Company ("Defendant") (together, "Parties") by and through their respective undersigned counsel, subject to this Court's approval, agree and stipulate as follows:

WHEREAS, on January 14, 2025, Plaintiff filed a putative class action complaint on behalf of subscribers to the streaming service FuboTV (Dkt. 1);

WHEREAS, since November 2022, two matters arising out of the same or similar operative facts and advancing substantially the same theory of liability as the instant complaint, have been proceeding in the United States District Court for the Northern District of California, San Jose Division, before Judge Edward J. Davila: *Biddle v. Disney*, No. 5:22-cv-07317-EJD (*Biddle*) and *Fendelander v. Disney*, No. 5:22-cv-07533-EJD (*Fendelander*);

WHEREAS, Judge Davila consolidated *Biddle* and *Fendelander* and further ordered that "any action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a)" (No. 5:22-cv-07317-EJD Dkt. 53 at 3);

WHEREAS, on January 21, 2025, pursuant to Rules II.A.2 and I.G of your Honor's Individual Practices, Defendant filed a letter requesting: (i) a pre-motion conference regarding a forthcoming motion pursuant to 28 U.S.C. § 1404(a) to transfer this matter to the North District of California, where, consistent with the interests of judicial economy and justice, it may be consolidated with the related cases pending before Judge Davila and (ii) an extension of time to answer or move against the complaint pending a resolution of the transfer motion (Dkt. 14);

WHEREAS, on January 23, 2025, Plaintiff filed a stipulation requesting that his time to respond to Defendant's letter be extended to January 30, 2025 (Dkt. 15);

WHEREAS, on January 24, 2025, the Court granted Plaintiff's requested extension (Dkt. 16);

WHEREAS, upon consideration, Plaintiff agrees that, in the interest of judicial economy and justice, it is appropriate to transfer this matter to the Northern District of California, where it will proceed on a consolidated basis with the related *Biddle* and *Fendelander* cases before Judge Davila;

WHEREAS, the Parties have agreed that, following transfer, Plaintiff will file an amended complaint that Defendant thereafter may answer or move against at a time to be determined by the Court in the consolidated *Biddle* action;

IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1. The above-captioned action shall be transferred to the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. § 1404(a), and assigned to Judge Davila for consolidation with the *Biddle* and *Fendelander* matters under the case number 5:22-cv-07317-EJD;

2. Defendant's time to respond to the Complaint is extended from February 6, 2025 until this action has been transferred and Judge Davila issues an order setting a schedule for Plaintiff to file an Amended Complaint and for Defendant to respond to that Amended Complaint; and

3. Upon the execution of this Stipulation and Order by the Court, the Clerk of the Court is directed to take all necessary steps to transfer this action and its docket to the Northern District of California, San Jose Division, and assign it to Judge Davila.

DATED: January 30, 2025                             Respectfully submitted,

*/s/ Gregory S. Asciolla*[*]

Gregory S. Asciolla
Alexander E. Barnett
Jonathan S. Crevier
John M. Shaw
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
abarnett@dicellolevitt.com
jcrevier@dicellolevitt.com
jshaw@dicellolevitt.com

Joseph J. DePalma (*pro hac* forthcoming)
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
(973) 623-3000
jdepalma@litedepalma.com

---

[*] Electronic signatures used with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions

Steven J. Greenfogel (*pro hac* forthcoming)
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
(267) 314-7980
sgreenfogel@litedepalma.com

*Counsel for Plaintiff*

*/s/ J. Wesley Earnhardt\**
J. Wesley Earnhardt
**CRAVATH, SWAINE & MOORE LLP**
375 Ninth Avenue
New York, NY 10001
(212) 474-1000
wearnhardt@cravath.com

*Counsel for Defendant*

**SO ORDERED.**

DATED:  January 30, 2025
            New York, New York

_____
The Honorable Victor Marrero
United States District Judge

5